UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| CHAD VERN MERRIL CARTER AND BREANN ROSE CARTER, Debtors | : BANKRUPTCY NO. 25-15009-pmm |
| | : CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY, Movant | : L.B.R. 9014-3 |
| | : HEARING: **NOVEMBER 10, 2026 at 10:00 a.m.** |
| vs. | : United States Bankruptcy Court |
| CHAD VERN MERRIL CARTER, BREANN ROSE CARTER AND SCOTT F. WATERMAN, ESQUIRE, Respondents | : The Gateway Building<br>: 201 Penn Street, 4th Floor<br>: Reading, PA 19601 |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

TO THE HONORABLE PATRICIA M. MAYER, U. S. BANKRUPTCY JUDGE:

AND NOW comes Pennsylvania Housing Finance Agency, by its attorneys, Purcell, Krug & Haller, and files this Motion to obtain relief from the automatic stay pursuant to Section 362(d) of the Bankruptcy Code as follows:

1. That this is a contested matter under Rule 9014 brought pursuant to 11 USC Section 362(d).

2. Movant, Pennsylvania Housing Finance Agency, is a company with an office located at 211 North Front Street, Harrisburg, Pennsylvania 17101.

3. Respondents, Chad Vern Merril Carter and Breann Rose Carter, are adult individuals whose last known address is 21 Golf View Drive, Quarryville, PA 17566.

4. Respondent, Scott F. Waterman, is the Trustee duly appointed in the above case with a place of business at 2901 St. Lawrence Avenue, Suite 100, Reading, PA 19606.

5. On or about March 18, 2025, Respondents Chad Vern Merril Carter and Breann Rose Carter executed and delivered a Mortgage Note in the sum of $353,479.00 payable to Novus Home Mortgage, which Note is attached hereto and marked Exhibit "A".

6. Contemporaneously with and at the time of the execution of the aforesaid Mortgage Note, in order to secure payment of the same, Respondents made, executed, and delivered to original Mortgagee, a certain real estate Mortgage which was recorded on March 18, 2025 in the Recorder of Deeds Office of the within County and Commonwealth at Instrument #20250009723 conveying to original Mortgagee the subject premises. The Mortgage was assigned to PENNSYLVANIA HOUSING FINANCE AGENCY and was recorded in the aforesaid County and Commonwealth. The said Mortgage and Assignment are incorporated herein by reference.

7. The land subject to the Mortgage is known and numbered as 21 Golf View Drive, Quarryville, PA 17566.

8. The balance owed Movant is approximately $377,000.00.

9. Other liens against the property are unknown.

10. The value of the real estate is approximately $360,000.00 (per Debtors' Schedules).

11. Debtors have failed to make six (6) postpetition payments to Movant in the amount of $2,943.30 each, totaling $17,659.80.

12. After allowance of exemptions to which Debtors have claimed in the Bankruptcy Petition, the value of the aforesaid property to be sold is insufficient to pay the record liens against the property, as well as costs that could be incurred by the Trustee in selling said property.

13. No equity exists in said property for the benefit of the unsecured creditors.

14. Movant is entitled to relief for cause.

WHEREFORE, Movant prays for the entry of an Order terminating the automatic stay and granting Movant leave to exercise its State Court foreclosure rights and that such further relief be granted as your Honorable Court deems fair and equitable.

PURCELL, KRUG & HALLER

By:/s/Leon P. Haller

Leon P. Haller
Attorney for Movant
1719 North Front Street
Harrisburg, PA 17102-2392
(717)234-4178
Attorney ID #15700
lhaller@pkh.com

Dated: October 23, 2026