**Fill in this information to identify the case:**

Debtor 1: Chad Vern Merril Carter

Debtor 2 (Spouse, if filing): Breann Rose Carter

United States Bankruptcy Court for the: Eastern District of PA (State)

Case number: 25-15009-pmm

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Pennsylvania Housing Finance Agency

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 7 7 2 4

**Date of payment change:** Must be at least 21 days after date of this notice: 12/01/2026

**New total payment:** Principal, interest, and escrow, if any: $ 3,199.91

*For HELOC payment amounts, see Part 3*

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

☐ No
☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: ______

**Current escrow payment:** $ 501.91 **New escrow payment:** $ 758.52

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☑ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: ______

**Current interest rate:** ______% **New interest rate:** ______%

**Current principal and interest payment:** $ ______ **New principal and interest payment:** $ ______

## Part 3: Annual HELOC Notice

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

☑ No
☐ Yes.

**Current HELOC payment:** $______

**Reconciliation amount:** + $______ or - $______

Debtor 1 Chad Vern Merril Carter
First Name Middle Name Last Name

Case number *(if known)* 25-15009-pmm

**Amount of next payment (including reconciliation amount)** $_______

**Amount of the new payment thereafter (without reconciliation amount)** $_______

**Part 4: Other Payment Change**

4. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

- ■ No
- ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

  Reason for change: ____________________

  **Current mortgage payment:** $ __________ **New mortgage payment:** $ __________

**Part 5: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

- ☐ I am the creditor.
- ■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Leon P. Haller
Signature

Date 10/17/26

Print: Leon P. Haller
First Name Middle Name Last Name

Title Bankruptcy Attorney

Company Purcell, Krug & Haller

Address 1719 North Front Street
Number Street

Harrisburg PA 17102
City State ZIP Code

Contact phone (717) 234-4178

Email lhaller@pkh.com